THE WEST HARDAWAY. (Circuit Court of Appeals, Ninth Circuit. October 21, 1919.) No. 3357. Appeal from the District Court of the United States for the Territory of Hawaii. George A. Davis and S. C. Huber, both of Honolulu, T. H., for appellant. Andros & Hengstler and Louis T. Hengstler, all of San Francisco, Cal., for appellees.

PER CURIAM. Dismissed for noncompliance by appellant with the provisions of rules 23 and 24 (231 Fed. v; 144 C. C. A. v).